Case 1:01-cv-00023   Document 1   Filed in TXSD on 02/02/2001   Page 1 of 21

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

# B·01·023

United States District Court
Southern District of Texas
FILED

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

FEB 0 2 2001

KELLY WAYNE WATSON

Michael N. Milby
Clerk of Court

## DEFENDANTS

WILLACY COUNTY AND LARRY SPENCE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **WILLACY**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **WILLACY**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

WILLIAM J. MCCARTHY
OXFORD, OXFORD & GONZALEZ
116 S. 12TH STREET
EDINBURG, TEXAS 78539

ATTORNEYS (IF KNOWN)

RYAN HENRY
WILLETTE & GUERRA, L.L.P.
3505 BOCA CHICA, BLVD., STE. 460
BROWNSVILLE, TEXAS 78539

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

CIVIL RIGHTS, 42 U.S.C. SECTION 1983

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 550 Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE _____ DOCKET NUMBER _____

DATE

FEBRUARY 1, 2001

SIGNATURE OF ATTORNEY OF RECORD

*[signature]*

UNITED STATES DISTRICT COURT

CNPDF · www.fsisc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 2 2001

Michael N. Milby
Clerk of Court

KELLY WAYNE WATSON        §
                          §
                          §        CIVIL ACTION NO. _____
VS.                       §
                          §
COUNTY OF WILLACY, WILLACY §
COUNTY SHERIFF'S DEPARTMENT §
and LARRY SPENCE, Individually §

B-01-023

## NOTICE OF REMOVAL OF A CIVIL ACTION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW County of Willacy and Larry Spence, Individually, named Defendants in the

above styled and numbered matter, and files this their Notice of Removal of the present cause from

the 138th Judicial District Court of Willacy County, Texas, in which it is now pending to the United

States District Court for the Southern District of Texas, Brownsville Division, and would

respectfully show unto the Court as follows:

1.01    The Plaintiff alleges violation of a federal statute 42 U.S.C. §1983.

2.01    This cause was commenced on December 27, 2000, in the 138rd Judicial District Court of

Willacy County, Texas with the style Kelly Wayne Watson vs. County of Willacy, Willacy County

Sheriff's Department and Larry Spence, Individually, Cause Number 00-378. A true and correct

copy of all process and pleadings in that cause and the certified docket sheet are attached hereto as

Exhibit A. Plaintiffs are alleging Defendants Willacy County and Larry Spence, violated his

constitutional rights under the Fourth, Fifth, and Fourteenth Amendment to the United States

Constitution. Plaintiff brings causes of action under federal statute 42 U.S.C. §1983.

3.01    Defendants Willacy County and Larry Spence, was served with a copy of Plaintiff's Original Petition on January 19, 2001.

4.01    This action is a civil action in that Plaintiffs allege Defendants Willacy County and Larry Spence, violated the Plaintiff's civil rights.

5.01    The above described action is one in which this Court has subject matter jurisdiction under the provisions of 28 U.S.C. §§ 1331 & 1343 is as much as they arise under the United States Constitution and the laws of the United States.  Removal is proper pursuant to 28 U.S.C. § 1441(b).

6.01    Upon filing of this Notice of Removal of this cause, written notice of the filing by Petitioner to Plaintiff and his counsel have been provided as required by law.  A copy of such Notice with proof of service of same is attached hereto and incorporated herein for all purposes.  A copy of such notice is also being filed with the clerk of the state court where this cause was originally filed.

7.01    This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of the date of service of Plaintiff's Original Petition upon the first served Defendant.

8.01    All parties served by Plaintiff have joined in this removal.

9.01    Defendant requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, County of Willacy, Willacy County Sheriff's Department and Larry Spence, Individually, named Defendants, pray for removal of the above entitled cause of action from the 138th Judicial District Court of Willacy County, Texas to this Court and seeks all other relief to which it may show itself to be justly entitled.

Signed on February 1, 2001.

2

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
        Ryan Henry
        State Bar No. 24007347
        USDC Adm. No. 22968

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Removal of Civil Action has on, February 1, 2001 been forwarded via certified mail, return receipt requested to:

Mr. William J. McCarthy
Oxford, Oxford & Gonzalez
116 S. 12th Street
Edinburg, Texas 78539

Mr. Thomas M. Thomson
Law Offices of Thomas M. Thomson
200 East Cano
Edinburg, Texas 78539

_____
        Ryan Henry

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the souther District of Texas do not require a conference for this pleading.

_____
        Ryan Henry

3

United States District Court
Southern District of Texas
FILED

FEB 0 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

KELLY WAYNE WATSON                          §
                                            §        **B-01-023**
                                            §
VS.                                         §        CIVIL ACTION NO._____
                                            §
COUNTY OF WILLACY, WILLACY                  §
COUNTY SHERIFF'S DEPARTMENT                 §
and LARRY SPENCE, Individually              §

## NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION

TO:    KELLY WAYNE WATSON
       by and through his attornies of record:

       Mr. William J. McCarthy
       Oxford, Oxford & Gonzalez
       116 S. 12th Street
       Edinburg, Texas 78539

       Mr. Thomas M. Thomson
       Law Offices of Thomas M. Thomson
       200 East Cano
       Edinburg, Texas 78539

       Pursuant to Title 28 U.S.C. § 1446(b), as amended, you are notified that on February 1, 2001,

in the above entitled and numbered cause (being Cause Number 00-378 in the 138th Judicial District

Court of Willacy County, Texas) Defendants County of Willacy, and Larry Spence, Individually,

filed its Notice of Removal in the United States District Court for the Southern District of Texas,

Brownsville Division.  Copies of such Notice and other papers so filed are encloses herewith.

       Signed on February 1, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
    Ryan Henry
    State Bar No. 24007347
    USDC Adm. No. 22398

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice to Plaintiffs of Removal of Civil Action has on February 1, 2001, been forwarded via certified mail, return receipt requested to:

Mr. William J. McCarthy
Oxford, Oxford & Gonzalez
116 S. 12th Street
Edinburg, Texas 78539

Mr. Thomas M. Thomson
Law Offices of Thomas M. Thomson
200 East Cano
Edinburg, Texas 78539

_____
Ryan Henry

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

_____
Ryan Henry

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KELLY WAYNE WATSON | § | |
| | § | **B-01-023** |
| | § | CIVIL ACTION NO._____ |
| VS. | § | |
| | § | |
| COUNTY OF WILLACY, WILLACY | § | |
| COUNTY SHERIFF'S DEPARTMENT | § | |
| and LARRY SPENCE, Individually | § | |

## INDEX OF EXHIBITS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES County of Willacy, and Larry Spence, Individually, Defendants herein, and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, file this its Index of Exhibits and would submit the following with the Court the following:

1.    Plaintiff's Original Petition

2.    Citation issued to Larry Spence

3.    Citation issued to County Judge Ramon Salinas

4.    Certified Docket Sheet

5.    List of Attorneys.

Signed on February 1, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No. 24007347
USDC Adm. No. 22968

2

Case 1:01-cv-00023   Document 1   Filed in TXSD on 02/02/2001   Page 9 of 21



**COPY**

CAUSE NO. 00-378

| | | |
|---|---|---|
| KELLY WAYNE WATSON | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 138th DISTRICT COURT |
| | § | |
| COUNTY OF WILLACY, WILLACY | § | |
| COUNTY SHERIFF'S DEPARTMENT | § | |
| and LARRY SPENCE, Individually | § | WILLACY COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **KELLY WAYNE WATSON**, hereinafter referred to as Plaintiff, complaining of **COUNTY OF WILLACY, WILLACY COUNTY SHERIFF'S DEPARTMENT and LARRY SPENCE**, individually, hereinafter referred to as Defendants and makes and files this his Original Petition and for cause of action would respectfully show unto the Court as follows:

I.

### DISCOVERY LEVEL

Discovery is intended to be conducted under Level 2 of the Texas Rule of Civil Procedure 190.

II.

### PARTIES

Plaintiff, Kelley Wayne Watson, is an individual who was residing at Rt. 3, Box 147, Edinburg, Texas 78539.

Defendants, Willacy County and Willacy Sheriff's Department, are municipal entities and may be served with process by serving County Judge Simon Salinas at 190 N. 3rd Street, Raymondville, Texas 78580.

Defendant, Larry Spence, is an individual who may be served with process by serving his place of employment to wit: Willacy County Sheriff's Department, 576 W. Main Street, Raymondville, Texas 78580.



DEC 27 2000
2:30pm

III.

## FACTS

On or about June 26, 1999, a member of the Willacy County Sheriff's Department entered the premises of Kelly Wayne Watson, located at 1 Mile West Highway 186, Raymondville, Texas, also known as the Nora Flores House, without the permission of the owner and without any legal warrant. This illegal entry occurred when Mr. Watson was away from the premises at the time. The entry occurred without the permission of the premises' owner and without any probable cause.

At all times material to this event, the officer allowed Sheryl Kay Reynolds to enter and remove various articles from the premises without the permission of the owner. Mr. Watson and his family in addition to having the privacy of their home violated, lost several articles valued at several thousand dollars.

IV.

## FEDERAL CONSTITUTION CLAIMS

Plaintiff would further state that the action taken by Defendants was violative of the US Constitution and Laws of the United States. Specifically, such conduct violated 42 USC §1983 which provides:

> Every person who, under color of any statute,
> regulation custom or usage of any state or territory...
> subjects or causes to be subjected, any citizen of the
> United States or other person within the jurisdiction
> thereof to the violation of any rights, privileges, or
> immunities secured by the Constitution and Laws,
> shall be liable to the party injured in an action at law,
> suit and equity, or other proper proceeding for
> redress.

V.

Plaintiff would further state that the actions taken by Defendants violated and deprived Plaintiff of his constitutional rights. Freedom from illegal search and

seizure.  The violations of these aforementioned rights occurred without reason, justification or probable cause.  Such conduct was violative of the Fourth, Fifth and Fourteenth Amendments of the United States Constitution.

## VI.
## DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT IN CLAIMING VIOLATIONS OF 42 USC §1983

All of the due process protections have been violated:

(1)    Specific protections defined in the Bill of Rights;

(2)    Substantive due process baring arbitrary government action and;

(3)    Procedural due process involving a violation of liberty or property without due process of the law or compliance with procedural safeguards which would have afforded Plaintiff due process of law.

## VII.

## BILL OF RIGHTS

Plaintiff, Kelly Wayne Watson, claims he has a liberty and property interest, a right to freedom from interference with his property and physical possessions which also qualify under the constitution as an interest in "liberty". Unauthorized intrusion into his premises and conversion of this property involved a violation of specific federal rights found in provisions of the Bill of Rights.

## VIII.

## SUBSTANTIVE DUE PROCESS

Plaintiff would further state that this unjustified and unauthorized intrusion in his property violated substantive due process rights which bars arbitrary actions on the part of government officials regardless of the fairness of any procedures used to implement them.

TURN 11:10 AM

IV.

## PROCEDURAL DUE PROCESS RIGHTS

Invasion of the Plaintiff's property and conversion of same violated due process of law because there had been a wholesale failure to comply with warrant requirements and a total lack of probable cause to justify such an infringement. Any invasion of Plaintiff's premises requires a fair and reliable determination of probable cause made by a judicial officer before entry into the premises.

After learning of the trespass, invasion of his home and conversion of his personal property, Kelly Wayne Watson, in compliance with §101.101(a) of the Texas Civil Practices and Remedies Code and §81.041(a) of the Local Government Code and in compliance with notice provisions adopted by Willacy County, timely advised county officials of such illegal actions and asked for an opportunity to submit his claims and obtain a resolution before the Commissioner's Court. A copy of said correspondence is attached hereto and marked Exhibit "A" and incorporated by reference herein. Neither the commissioners, county judge nor county attorney took any action with respect to his claims and denied same both in whole and in part.

V.

## ALL CONDITIONS PRECEDENT HAVING COMPLIED WITH PRIOR TO THE BRINGING OF THIS ACTION AS REQUIRED BY LAW

Damages as a result of the foregoing violations of constitutional rights, conversion of personal property, trespass and unlawful search of his premises caused by the wrongful acts of the Defendants far exceed the jurisdictional limits of this Court. Such acts, each and every, all and singular, were a direct cause of the damages herein sustained by Plaintiff.

## VI.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Kelly Wayne Watson, prays that citation be issued in this cause, that Defendants be made to appear and answer herein, that Plaintiff recover his attorney's fees, costs of court, pre and post judgment interest, and that Plaintiff be given such other and further relief, legal and equitable, special in general, to which he shows himself justly entitled to receive.

Respectfully submitted,

**OXFORD, OXFORD & GONZALEZ**
P. O. Box 630
116 S. 12th
Edinburg, Texas 78539
Telephone: (956) 383-5654
Telecopier: (956) 381-0002

By: _____
    William J. McCarthy
    State Bar No. 13372500

**LAW OFFICES OF THOMAS M. THOMSON**
200 East Cano
Edinburg, Texas 78539
Telephone: (956) 380-6706
Telecopier: (956) 380-6593

By: _____
    Thomas M. Thomson
    State Bar No. 19963280

**ATTORNEYS FOR PLAINTIFF**

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

# CITATION

THE STATE OF TEXAS

To Larry Spence,

576 W. Hidalgo,

Raymondville, Texas 78580

Defendant _#_, in the hereinafter styled and numbered cause:  00-378

**YOU ARE HEREBY COMMANDED** to appear before the ___138th District___ Court _____

of ___Willacy_____ County, Texas, to be held at the courthouse of said County in the City of

___Raymondville_____, ___Willacy_____ County, Texas, by filing a written answer to the

petition of plaintiff_ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof,

a copy of which accompanies this citation, in cause number ___00-378_____, styled

___Kelly Wayne Watson_____, Plaintiff_,

vs. County of Willacy, Willacy County Sheriff's Department and Larry Spence Indv., Defendant_,

filed in said court on the __27th_ day of ___December___, *2000

Plaintiff is represented by ___William J. McCarthy_____, whose

address is P.O. Box 630 _____ Edinburg, _____ Texas _____ 78539 _____
                        (Street)              (city)      (state)       (zip code)

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the __27th_____ day of

__December_____ *2000

S.Y. "Chago" Fonseca

District ____ Clerk of _____ Willacy _____ County, Texas

Willacy County Courthouse, 2nd Floor
(Clerk's address)

Raymondville, Texas 78580

By _____, Deputy.

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Reproduction of this form by any person or party is prohibited.

DEFENDANT'S COPY

## RETURN OF CITATION

Came to hand on the 9th day of January 2000, at 9:00 o'clock A. M.
*Executed at 19th, within the County of Willacy, at 9:30 o'clock P. M.
on the 18th day of January, 2000, by delivering to the within named _____, in person,
a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such
petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Bonny Spanos

*Not executed, the diligence used to execute being _____

_____; for the following reason _____

_____, the defendant may be found 596 W. Hidalgo Raymondville, Tx

Fee for serving this citation        $ 85.00

Sheriff Account
No. _____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.
For Clerk's Use

Taxed _____

Return recorded _____

*Strike if not applicable

Signature of person serving citation    Norma Acosta  1008 Bass Blvd
Address, Edinburg                                    County, Texas

By  Norma Acosta                                      Deputy.

CITATION–PERSONAL SERVICE
(District or County Court)

File No. _____

VS.

County, Texas

of _____

In _____

Court _____

Issued

This ___ day of _____, 19___

Court

Clerk

By _____
Deputy

Filed

At ___ o'clock ___ M.

This ___ day of _____, 19___

Clerk

By _____
Deputy
Court

## VERIFICATION

State of Texas
County of _____

Before me, on this day personally appeared _____, who
being duly sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the within styled
and numbered cause, and competent to make the oath of the facts herein stated, and that he has read the foregoing Return
of Citation and that every statement contained therein is within his personal knowledge true and correct.

Signature of authorized person serving citation

Subscribed and sworn to before me on _____, 19___, to certify which witness
my hand and official seal.

_____
Notary Public in and for
_____ County, Texas

My commission expires: _____

Notary's signature

*Use only if a person other than Sheriff
or Constable served process. See Rules 103 and 107.

# CITATION

THE STATE OF TEXAS

To <u>County Judge Rámon Salinas</u>

    <u>190 N. 3rd Str.</u>

    <u>Raymondville, Texas · 78580</u>

Defendant _s., in the hereinafter styled and numbered cause:   00-378

   YOU ARE HEREBY COMMANDED to appear before the   <u>138th District</u>   Court

of   <u>Willacy</u>   County, Texas, to be held at the courthouse of said County in the City of

  <u>Raymondville</u>      <u>Willacy</u>    County, Texas, by filing a written answer to the

petition of plaintiff _ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof,

a copy of which accompanies this citation, in cause number _   <u>00-378</u>          , styled

<u>Kelly Wayne Watson</u>                    , Plaintiff ,

vs. <u>County of Willacy, Willacy County Sheriff's Department and Larry Spence Indv.</u> , Defendant

filed in said court on the <u>27th</u> day of  <u>December</u>  , A.D. 2000

   Plaintiff is represented by  <u>William J. McCarthy</u>                , whose

address is <u>P.O. Box 630</u>      <u>Edinburg</u>      <u>Texas</u>      <u>78539</u>

    street                  city             state          zip code

   ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the   <u>27th</u>   day of

<u>December</u>      , A.D. 2000

                             <u>S.V. "Chago" Fonseca</u>

                         <u>District</u> Clerk of   <u>Willacy</u>   County, Texas

                         <u>Willacy County Courthouse, 2nd Floor</u>

                         Clerk's address

                         <u>Raymondville, Texas· 78580</u>

                         By <u>Linda Marroquin</u> , Deputy.

## NOTICE

   You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.



Reproduction of this form by any person or party is prohibited.

DEFENDANT'S COPY

## RETURN OF CITATION

Came to hand on the _9th_ day of _January_ re_____, at _3.00_ o'clock _P_ M.
*Executed at _16 th_ , within the County of _Willacy_ , at _9:30_ o'clock _A_ M.
on the _18th_ day of _January_ re_____, by delivering to the within named
_County Judge School, J. Salinas_ , in person,
a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such
petition to such copy of citation and endorsed on such copy of citation the date of delivery.
*Not executed, the diligence used to execute being
_____ ; for the following reason
_____, the defendant may be found _190 D. 2nd_ _Raymondville, Tx_

Fee for serving this citation     $ _85.00_

| Sheriff Account |
|---|
| No. |

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.
For Clerk's Use

| Taxed _____ |
|---|
| Return recorded _____ |

*Strike if not applicable

Signature of person serving citation _Donna Acosta 1008 Bass Blvd_
_Willacy_ County, Texas
By _Norma Acosta_ _____ Deputy.

CITATION—PERSONAL SERVICE
(District or County Court)

| By _____ Deputy | Clerk _____ Court | This _____ day of _____ At _____ o'clock _____ M. | Filed | By _____ Deputy | Clerk _____ Court | This _____ day of _____ | Issued | 19 | In _____ Court | _____ County, Texas | of | VS. | File No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

'VERIFICATION

State of Texas
County of _____

Before me, on this day personally appeared _____, who
being duly sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the within styled
and numbered cause, and competent to make the oath of the facts herein stated, and that he has read the foregoing Return
of Citation and that every statement contained therein is within his personal knowledge true and correct.

Signature of authorized person serving citation _____

Subscribed and sworn to before me on _____, 19_____, to certify which witness
my hand and official seal.

Notary Public in and for _____ County, Texas

My commission expires: _____

Notary's signature _____

'Use only if a person other than Sheriff
or Constable served process. See Rules 106 and 107

CutePDF · www.texis.com

In the 138th District Court

FORM 16-0036-

INFORMATION SERVICES   AUSTIN, TX · 800/223-PART · FAX 800/811-1462

| Number of Case | | NAMES OF PARTIES | ATTORNEYS | |
|---|---|---|---|---|
| | | | | Kin and Party |
| 00-378 | | Kelly Wayne Watson | William J. McCarthy<br>200 East Canos<br>Edinburg, Texas 78539<br>956-380-6706  Fx 956-380-6593 | Personal |
| | | VS | | |
| | | | | Plif. |
| | | County of Willacy, Willacy County<br>Sheriff's Department and Larry<br>Spence, Individually | | |
| FEE BOOK | | | | |
| Vol. | Page | | | Deft. |

DATE OF ORDERS

| Mo. | Day | Year | ORDERS OF COURT | Mint | Vol. |
|---|---|---|---|---|---|

A TRUE COPY OF THE ORIGINAL.
CERTIFY, THIS ___31___ DAY OF
__January__, 19 2001

S.V. "CHAGO" FONSECA, District Clerk
WILLACY COUNTY TEXAS
by _____, Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

KELLY WAYNE WATSON                §
                                  §
                                  §        CIVIL ACTION NO._____   B-01-023
VS.                               §
                                  §
COUNTY OF WILLACY, WILLACY        §
COUNTY SHERIFF'S DEPARTMENT       §
and LARRY SPENCE, Individually    §

## LIST OF PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES County of Willacy, and Larry Spence, Individually, Defendants herein, and,

in accordance with the Local Rules for the United States District Court for the Southern District of

Texas governing removal of civil actions, file this its List of Parties and would submit the following

with the Court:

**PLAINTIFF:**

Kelly Wayne Watson
c/o Mr. William J. McCarthy
Oxford, Oxford & Gonzalez
116 S. 12th Street
Edinburg, Texas 78539

Mr. Thomas M. Thomson
Law Offices of Thomas M. Thomson
200 East Cano
Edinburg, Texas 78539

**ATTORNEYS FOR PLAINTIFF:**

Mr. William J. McCarthy
Oxford, Oxford & Gonzalez
116 S. 12th Street
Edinburg, Texas 78539
Telephone: 956-383-5454
Facsimile: 956-381-0002

Mr. Thomas M. Thomson
Law Offices of Thomas M. Thomson
200 East Cano
Edinburg, Texas 78539
Telephone: 956-380-6706
Facsimile: 956-380-6593

**DEFENDANTS:**

County of Willacy, and Larry Spence
c/o Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: 956-541-1846
Facsimile: 956-541-1893

**ATTORNEY FOR DEFENDANT:**

Mr. Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: 956-541-1846
Facsimile: 956-541-1893

Signed on February 1, 2001.

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
          Ryan Henry
          State Bar No. 24007347
          USDC Adm. No. 22968

3