3

United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KELLY WAYNE WATSON | §<br>§<br>§ |
| | § |
| VS. | § |
| | § |
| COUNTY OF WILLACY, WILLACY | § |
| COUNTY SHERIFF'S DEPARTMENT | § |
| and LARRY SPENCE, Individually | § |

CIVIL ACTION NO. B-01-023

---

## DEFENDANT COUNTY OF WILLACY AND SHERIFF LARRY G. SPENCE'S
## ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT

---

COMES NOW Defendant, County of Willacy and Sheriff Larry G. Spence, individually and

in his official capacity, and  file this their Answer to Plaintiffs' Original  Complaint and would

respectfully show the court as follows:

### I.
### ANSWER

1.  Defendants are not required to file a response to paragraph I of Plaintiff's Original Petition..

2.  Defendants admit that Willacy County is a municipal entity that may be served with process

by serving the County Judge, Simon Salinas at 190 N. 3rd Street, Raymondville, Texas 78580

as alleged in paragraph II of Plaintiff's Original Petition.  Defendants also admit that Larry

Spence is an individual who may be served at 576 W. Main Street, Raymondville, Texas

78580 as alleged in paragraph II of Plaintiff's Original Petition.  Defendants deny that

Willacy County Sheriff's Department is a municipal entity.  The Department is not a separate

entity from Willacy County and is not a "person" for purposes of suit as alleged in paragraph

II of Plaintiff's Original Petition.

3.  Defendants deny the of the factual allegations in Paragraph III of Plaintiff's Original Peition..

4.      Defendants deny that any of their actions violated the Plaintiff's constitutional rights as alleged in paragraph IV of Plaintiff's Original Petition

5.      Defendants deny that any of their actions violated the Plaintiff's constitutional rights as alleged in paragraph V of Plaintiff's Original Petition.

6.      Defendants deny any due process rights of the Plaintiff were violated as alleged in paragraph VI of Plaintiff's Original Petition.

7.      Defendants deny all factual allegation made in paragraph VII of Plaintiff's Original Petition..

8.      Defendants deny the Plaintiff's substantive due process rights were violated as alleged in paragraph VIII of Plaintiff's Original Petition.

9.      Defendants deny Plaintiff's procedural due process rights were violated as alleged in the second paragraph IV of Plaintiff's Original Petition. Defendants also deny that any tresspass, invasion of home or conversion of property occurred as alleged in the second paragraph IV of Plaintiff's Original Petition. Defendants deny all other allegations as alleged in the second paragraph IV of Plaintiff's Original Petition.

10.     Defendants deny all factual allegations in the second paragraph V of Plaintiff's Original Petition.

11.     Defendants deny all factual allegations in the second paragraph VI of Plaintiff's Original Petition. Defendant also specifically denies Plaintiff is entitled to any relief or damages as alleged in the second paragraph VI of Plaintiff's Original.

## II.
## AFFIRMATIVE DEFENSES

12.     Defendants assert sovereign immunity as an affirmative defense to Plaintiff's claims insofar as the Plaintiff has failed to plead a cause of action within the limited waiver of sovereignty

CVisPDF - www.fenixs.com

immunity provided by the Texas Tort Claims Act.

13.     Defendants allege that this suit is frivolous and without merit and that as such Defendants are entitled to recover from Plaintiff the amount of attorneys fees and costs incurred in defending this suit. Defendant seek recovery from Plaintiff for such attorney's fees and costs expended by it in being required to defend this suit.

14.     Defendants would show Plaintiff's alleged injuries and damages were caused in whole or in part, or contributed to, by the negligence or fault or want of care by parties, person(s), or instrumentalities over whom Defendants exercised no control and for whose acts Defendants are not legally responsible.

15.     Any loss or damage sustained by Plaintiff at the time and place on the occasion mentioned in Plaintiff's pleading was caused, in whole or in part, or contributed to, by the negligence of Plaintiff and not by any negligence or fault or want of care on the part of Defendants, and Defendants invoke the doctrine of comparative responsibility.

16.     Defendants, to the extent that Plaintiff seeks recovery for the alleged negligence of Defendants' employees, hereby invokes the defenses of official and/or qualified immunity by and through its employees.

17.     In addition to paragraph 16 of Defendants Original Answer, Defendant Sheriff Larry Spence, in his individual capacity, specifically invokes his defense of qualified immunity.

18.     Plaintiff is not entitled to attorney's fees because Plaintiff is not a prevailing party; to the contrary Defendants herein are entitled to attorney's fees.

### III.
### RESERVATIONS

Without waiving the foregoing denials and affirmative defenses but still insisting upon the

CMsPDF - www.fesvia.com

same or further answer, if any need be necessary, and are separate defenses, Defendants reserve the right to file any and all cross actions, third party actions, counterclaims, motions and discovery as it may deem proper.

## IV.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants, County of Willacy and Sheriff Larry Spence, individually and in his official capacity, prays that upon final trial and hearing hereof, Plaintiff takes nothing by his suit, that Defendants recover all costs incurred herein, and that Defendants have such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Signed on February 1, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No. 24007347
Fed ID. No. 22968

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANT COUNTY OF WILLACY AND SHERIFF LARRY G. SPENCE'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT**, has been served on February 1, 2001 all counsel of record, via certified mail, return receipt requested.

Mr. William J. McCarthy
Oxford, Oxford & Gonzalez
116 S. 12th Street
Edinburg, Texas 78539

Mr. Thomas M. Thomson
Law Offices of Thomas M. Thomson
200 East Cano
Edinburg, Texas 78539

_____
Ryan Henry

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

_____
Ryan Henry

5

CUtePDF - www.fwviw.com