4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 9 2001

Michael N. Milby
Clerk of Court

| KELLY WAYNE WATSON | § | |
| --- | --- | --- |
| | § | |
| | § | CIVIL ACTION NO. B-01-023 |
| VS. | § | |
| | § | |
| COUNTY OF WILLACY, WILLACY | § | |
| COUNTY SHERIFF'S DEPARTMENT | § | |
| and LARRY SPENCE, Individually | § | |

## DEFENDANTS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants' counsel certifies that the only persons, associations, etc., that are known to Defendants to be financially interested in the outcome of this litigation are:

1. Kelly Wayne Watson

2. County of Willacy

3. Sheriff Larry Spence

4. Professional Claims Managers, Inc.

5. Texas Association of Counties County Government Risk Management Pool

Signed on February 9, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No. 24007347
USDC Adm. No. 22968

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **DEFENDANTS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES**, has on, February 9, 2001 been served via certified mail, return receipt requested to:

Mr. William J. McCarthy
Oxford, Oxford & Gonzalez
116 S. 12th Street
Edinburg, Texas 78539

Mr. Thomas M. Thomson
Law Offices of Thomas M. Thomson
200 East Cano
Edinburg, Texas 78539

_____
Ryan Henry