5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KELLY WAYNE WATSON | § |
| | § |
| | § CIVIL ACTION NO. B-01-023 |
| VS. | § |
| | § |
| COUNTY OF WILLACY, WILLACY | § |
| COUNTY SHERIFF'S DEPARTMENT | § |
| and LARRY SPENCE, Individually | § |

**DEFENDANTS' 12(b)(6) PARTIAL MOTION TO DISMISS**

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No. 24007347
Fed ID. No. 22968

Attorneys for Defendants

# TABLE OF CONTENTS

| | |
|---|---|
| Table of Contents | 2 |
| Table of Authorities | 3 |
| Statement of the Case | 4 |
| Statement of the Issues to be Ruled upon by the Court | 4 |
| Argument | 5 |
| Standard Dismissal Under Rule 12(b)(6) | 5 |
| Plaintiff has no Fifth Amendment Claims | 6 |
| Conclusion | 6 |
| Certificate of Service | 7 |
| Certificate of Conference | 7 |

# TABLE OF AUTHORITIES

## CASES

*Clark v. Amoco Prod. Co.*, 794 F.2d 967, (5th Cir. 1986) ................................................................5

*Conley v. Gibson*, 355 U.S. 41, (1957)..........................................................................................5

*Jones v City of Jackson*, 203 F.3d 875,(5th Cir. 2000.)..................................................................5

*Mahone v. Addicks Utility Dist. of Harris County*, 836 F.2d 921, (5th Cir. 1988)........................5

*Scheuer v. Rhodes*, 416 U.S. 232,(1973)........................................................................................5

## STATUTES

42 U.S.C. § 1983..............................................................................................................................4
U. S. Const. 4th Amd.......................................................................................................................4
U. S. Const. 5th Amd..........................................................................................................4, 5, & 6
U. S. Const. 14th Amd.....................................................................................................................4

## RULES
Rule 12(b)(6) ..............................................................................................................................4 & 5

```
                                                            United States District Court
                                                             Southern District of Texas
                                                                     FILED
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS                    FEB 2 0 2001
                    BROWNSVILLE DIVISION
                                                                Michael N. Milby
                                                                 Clerk of Court
```

| | |
|---|---|
| KELLY WAYNE WATSON | § |
| | § |
| | § CIVIL ACTION NO. B-01-023 |
| VS. | § |
| | § |
| COUNTY OF WILLACY, WILLACY | § |
| COUNTY SHERIFF'S DEPARTMENT | § |
| and LARRY SPENCE, Individually | § |

## DEFENDANTS' 12(b)(6) PARTIAL MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COME Defendants, County of Willacy, and Larry Spence, individually, and pursuant to Federal Rule of Civil Procedure 12(b)(6) file this their Partial Motion to Dismiss and for cause would show as follows:

### I.
### STATEMENT OF THE CASE

On the face of Plaintiff's complaint, Plaintiff Kelly Wayne Watson, brings his claims against Defendants Willacy County, and Sheriff Larry Spence, individually under 42 U.S.C. §1983 alleging the Defendants violated his Fourth, Fifth, and Fourteenth Amendment rights guaranteed by the United States Constitution. Plaintiff alleges the Defendants violated his rights by allowing an unauthorized person into his home. Defendants now file this Partial Motion to Dismiss.

### II.
### STATEMENT OF ISSUES TO BE RULED UPON BY THE COURT

Plaintiff has brought suit alleging the Defendants violated his Fourth, Fifth, and Fourteenth Amendment rights guaranteed by the United States Constitution. Defendants now bring this Partial Motion to Dismiss against all of the Plaintiff's Fifth Amendment claims. The Fifth Amendment to

the United States Constitution applies only to federal actors. As shown on the face of the Plaintiff's Original Compliant, none of the Defendants are federal actors. Therefore, all Fifth Amendment claims should be dismissed.

### III.
### ARGUMENTS

A.  **Standard for Dismissal under Rule 12(b)(6).**

Plaintiff has failed to state a claim for which relief can be granted. Accordingly, his claims are ripe for dismissal under Federal Rule of Civil Procedure 12(b)(6). Under Rule 12(b)(6) of the Federal Rules of Civil Procedure, a complaint should be dismissed for failure to state a claim if it appears beyond doubt that the Plaintiff can prove no set of facts in support of her claim which would entitle her to relief. *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). Under this standard, a court may dismiss a complaint if the Plaintiff cannot possibly prevail on his claims. *Clark v. Amoco Prod. Co.*, 794 F.2d 967, 970 (5th Cir. 1986); *Scheuer v. Rhodes*, 416 U.S. 232, 236 (1973). Although the Rule 12(b)(6) standard is stringent, "the mere fact that a standard is stringent does not suggest that it can never be met." *Mahone v. Addicks Utility Dist. of Harris County*, 836 F.2d 921, 927 (5th Cir. 1988).

B.  **Plaintiff has no Fifth Amendment Claims.**

The Plaintiff has brought suit alleging the Defendants violated his Fifth Amendment rights guaranteed by the United States Constitution. The Fifth Amendment applies only to a violation of constitutional rights by the United States or by a federal actor. *Jones v City of Jackson*, 203 F.3d 875, 880 (5th Cir. 2000.) The Plaintiff's complaint alleges the County of Willacy is a governmental entity in the State of Texas. Sheriff Larry Spence is a county official employed by the County of Willacy. On its face, the complaint does not allege any actions by the United States government or a federal

5

actor, only the alleged actions of a Texas municipality and its employees. Accordingly, all of Plaintiff's claims alleging violations of the Fifth Amendment should be dismissed.

## IV.
## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendants, County of Willacy and Larry Spence, individually, pray that upon final trial and hearing hereof, Defendants' Partial Motion to Dismiss be granted, Plaintiff take nothing for his claims under the Fifth Amendment, that Defendants recover all costs incurred herein, and that Defendants have such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Signed on February 20, 2001

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No. 24007347
Fed ID. No. 22968

6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **DEFENDANTS' 12(b)(6) PARTIAL MOTION TO DISMISS** has been served on all counsel of record, via certified mail, return receipt requested, on February 20, 2001.

Mr. Thomas M. Thomson
Law Offices of Thomas M. Thomson
200 East Cano
Edinburg, Texas 78539

_____
Ryan Henry

## CERTIFICATE OF CONFERENCE

The local rules do not require a certificate of conference for this motion.

_____
Ryan Henry

7