**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KELLY WAYNE WATSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-023 |
| | § | |
| COUNTY OF WILLACY, WILLACY | § | |
| COUNTY SHERIFF'S DEPARTMENT | § | |
| and LARRY SPENCE, Individually | § | |

**PLAINTIFF'S CERTIFIED DISCLOSURES OF INTERESTED PARTIES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff's counsel certifies that the only persons, associations, etc., that are known to Plaintiff to be financially interested in the outcome of this litigation are:

1. Kelly Wayne Watson

2. County of Willacy

3. Sheriff Larry Spence

4. Professional Claims Managers, Inc.

5. Texas Association of Counties County Government Risk Management Pool.

SIGNED on this the 15th day of February, 2001.

Respectfully submitted,

LAW OFFICES OF THOMAS M. THOMSON
200 East Cano
Edinburg, Texas  78539
Telephone:  (956) 380-6706
Telecopier:  (956) 380-6593

By: _____
Thomas M. Thomson
State Bar No. 19963280

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **Plaintiff's Certified Disclosures of Interested Parties**, has on, February 15, 2001, been served via certified mail, return receipt requested to:

Mr. Ryan Henry
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
**CM RRR #7000 0520 0024 9406 5716**

_____
Thomas M. Thomson