ORIGINAL

9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KELLY WAYNE WATSON | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-023 |
| COUNTY OF WILLACY, WILLACY COUNTY SHERIFF'S DEPARTMENT and LARRY SPENCE, Individually | § § § | |

### PLAINTIFF'S NOTICE TO THE COURT OF HIS FILING OF HIS INITIAL DISCLOSURE TO DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **KELLY WAYNE WATSON**, and files this his Notice to the Court of his Filing of the Initial Disclosure to Defendant under Federal Rule of Civil Procedure 26.

Signed on this the 29th day of March, 2001.

Respectfully submitted,

**LAW OFFICES OF THOMAS M. THOMSON**
200 East Cano
Edinburg, Texas 78539
Telephone: (956) 380-6707
Telecopier: (956) 380-6593

By: _____
Thomas M. Thomson
State Bar No. 19963280

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served to all opposing counsel as follows:

Mr. Ryan Henry
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
**CM RRR #7000 0520 0024 9406 5822**

_____
Thomas M. Thomson

---

**PLAINTIFF'S NOTICE TO THE COURT OF HIS FILING OF HIS INITIAL DISCLOSURE TO DEFENDANT
UNDER FEDERAL RULE OF CIVIL PROCEDURE 26 - PAGE - 2**