# ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

APR 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KELLY WAYNE WATSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-023 |
| | § | |
| COUNTY OF WILLACY, WILLACY | § | |
| COUNTY SHERIFF'S DEPARTMENT | § | |
| and LARRY SPENCE, Individually | § | |

## PLAINTIFF'S INITIAL DISCLOSURE TO DEFENDANT UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)

TO:   County of Willacy, Willacy County Sheriff's Department and Larry
Spence, Individually, by and through their attorney of record:

Mr. Ryan Henry
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521

COMES NOW, Plaintiff, under Federal Rule of Civil Procedure 26(a) and

in support thereof would respectfully show the following:

Signed on this the 29th day of March, 2001.

Respectfully submitted,

**LAW OFFICES OF THOMAS M. THOMSON**
200 East Cano
Edinburg, Texas  78539
Telephone:  (956) 380-6707
Telecopier:  (956) 380-6593

By:_____
Thomas M. Thomson
State Bar No. 19963280

**ATTORNEY FOR PLAINTIFF**

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served to all opposing counsel as follows:

Mr. Ryan Henry
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
**CM RRR #7000 0520 0024 9406 5822**

Thomas M. Thomson

---

## RULE 26(A) DISCLOSURES

(A)     Persons Plaintiff intends to call at trial.  (subject to supplementation):

Kelly Wayne Watson
Rt. 3, Box 147
Raymondville, Texas  78580

Plaintiff has personal knowledge of the facts made the basis of this lawsuit.

Ciara W. Watson
Rt. 3, Box 147
Raymondville, Texas  78580

Has knowledge of the facts made the basis of this lawsuit.

Kellsy Dianna Watson
Rt. 3, Box 147
Raymondville, Texas  78580

Has knowledge of the facts made the basis of this lawsuit.

Sheryl Kay Reynolds
21614 E. Champagne
Tomball, Texas  77275

Has personal knowledge of the facts made the basis of this lawsuit.

Curtis Shed
Curtis Shed Realty
464 W. Hidalgo Avenue
Raymondville, Texas

Has knowledge of the facts made the basis of this lawsuit.

Lisa Swanson
Rt. 3, Box 146A
Edinburg, Texas  78539

Has knowledge of the facts made the basis of this lawsuit.

Devin Hill
Kiwi Stret
McAllen, Texas  78501

Has knowledge of the facts made the basis of this lawsuit.

Juan Guerra
District Attorney
Ramomondville, Texas

Has knowledge of the facts made the basis of this lawsuit.

Sheriff Larry Spence
576 W. Main Street
Raymondville, Texas  78580

Has personal knowledge of the facts made the basis of this lawsuit.

Deputy Erick Lopez
576 W. Main Street
Raymondville, Texas  78580

Has personal knowledge of the facts made the basis of this lawsuit.  He is the deputy which accompanied Ms. Reynolds to obtain her personal items from the Plaintiff's home.

Deputy Daniel De Luna
576 W. Main Street
Raymondville, Texas  78580

Deputy dispatched to the Plaintiff's home in regards to an alleged burglary.

Carl Watson
Rt. 3, Box 147
Raymondville, Texas  78580

Reported the alleged burglary to Deputy Daniel De Luna.

Siara Watson
Rt. 3, Box 147
Raymondville, Texas  78580

Plaintiff's daughter.

Invetigator who investigated the alleged burglary, and the incident involving Ms. Reynolds.

(B)     Documents (subject to supplementation):

       1.     Report of Investigation
       2.     Affidavit of Deputy Erick Lopez

(C)     Computation of Damages.

       Not Applicable.

(D)     Insurance Agreement.

       Not Applicable.