UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

APR 2 4 2001

Michael N. Milby
Clerk of Court

13

KELLY WAYNE WATSON
       Plaintiff(s)
V.
COUNTY OF WILLACY, WILLACY CO.
SHERIFF'S DEPT. AND LARRY SPENCE,
Individually      Defendant(s).

DIVISION   BROWNSVILLE
CIVIL ACTION NO. B-01-023

ADR METHOD: Mediation   X    Arbitration   ____
      Mini-trial   ____    Summary Jury Trial   ____

TYPE OF CASE:   Section 1983

1. Please check one of the following:
   The case referred to ADR settled ____ or did not settle ✓.

2. My total fee and expenses were: $ 900.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Kelly Wayne Watson, Plaintiff
   Mr. Thomas M. Thomson, Attorney
   LAW OFFICES OF THOMAS M. THOMSON
   200 East Cano
   Edinburg, Texas 78539
   (956) 380-6706 - telephone
   (956) 380-6593 - telefax

   County of Willacy, et al, Defendants
   Mr. Ryan Henry, Attorney
   WILLETTE & GUERRA, L.L.P.
   International Plaza, Ste. 460
   Brownsville, Texas 78521
   (956) 541-1846 - telephone
   (956) 541-1893 - telefax

ADR PROVIDER

Date: 4/23/01

Name: Alfred T. Denham

Signature: [signature]

cc:   Mr. Bill McCarthy/Via Facsimile