15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 9 2001

Michael N. Milby
Clerk of Court

| KELLY WAYNE WATSON | § | |
|---|---|---|
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-023 |
| | § | |
| COUNTY OF WILLACY, WILLACY | § | |
| COUNTY SHERIFF'S DEPARTMENT | § | |
| and LARRY SPENCE, Individually | § | |

### PLAINTIFF'S NOTICE TO THE COURT OF HIS FILING OF HIS INITIAL DISCLOSURE TO DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **KELLY WAYNE WATSON**, and files this his Notice to the Court of his Filing of the Initial Disclosure to Defendant under Federal Rule of Civil Procedure 26.

Respectfully submitted,

**LAW OFFICES OF THOMAS M. THOMSON**
200 East Cano
Edinburg, Texas 78539
Telephone: (956) 380-6707
Telecopier: (956) 380-6593

By: _Thomas M. Thomson_
Thomas M. Thomson
State Bar No. 19963280
Federal I.D. No. 14409

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served to all opposing counsel as follows on this the 25th day of May, 2001:

Mr. Ryan Henry
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
**VIA REGULAR MAIL**

*Thomas M. Thomson* (signature)
Thomas M. Thomson

---

**PLAINTIFF'S NOTICE TO THE COURT OF HIS FILING OF HIS INITIAL DISCLOSURE TO DEFENDANT
UNDER FEDERAL RULE OF CIVIL PROCEDURE 26 - PAGE - 2**