16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 29 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KELLY WAYNE WATSON § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-023 |
| § | |
| COUNTY OF WILLACY, WILLACY § | |
| COUNTY SHERIFF'S DEPARTMENT § | |
| and LARRY SPENCE, Individually § | |

### PLAINTIFF'S INITIAL DISCLOSURE TO DEFENDANT UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)

TO:  County of Willacy, Willacy County Sheriff's Department and Larry Spence, Individually, by and through their attorney of record:

Mr. Ryan Henry
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521

COMES NOW, Plaintiff, under Federal Rule of Civil Procedure 26(a) and in support thereof would respectfully show the following:

Respectfully submitted,

**LAW OFFICES OF THOMAS M. THOMSON**
200 East Cano
Edinburg, Texas  78539
Telephone:  (956) 380-6707
Telecopier:  (956) 380-6593

By: _Thomas M. Thomson_
Thomas M. Thomson
State Bar No. 19963280
Federal ID No. 14409

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served to all opposing counsel as follows on this the 25th day of May, 2001:

Mr. Ryan Henry
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
**VIA REGULAR MAIL**

_____
Thomas M. Thomson

## RULE 26(A) DISCLOSURES

(A)     Persons Plaintiff intends to call at trial. (subject to supplementation):

   Kelly Wayne Watson
   Rt. 3, Box 147
   Raymondville, Texas  78580

Plaintiff has personal knowledge of the facts made the basis of this lawsuit.

   Ciara W. Watson
   Rt. 3, Box 147
   Raymondville, Texas  78580

Has knowledge of the facts made the basis of this lawsuit.

   Kellsy Dianna Watson
   Rt. 3, Box 147
   Raymondville, Texas  78580

Has knowledge of the facts made the basis of this lawsuit.

   Sheryl Kay Reynolds
   21614 E. Champagne
   Tomball, Texas  77275

Has personal knowledge of the facts made the basis of this lawsuit.

   Curtis Shed
   Curtis Shed Realty
   464 W. Hidalgo Avenue
   Raymondville, Texas

Has knowledge of the facts made the basis of this lawsuit.

   Lisa Swanson
   Rt. 3, Box 146A
   Edinburg, Texas  78539

Has knowledge of the facts made the basis of this lawsuit.

    Devin Hill
    Kiwi Stret
    McAllen, Texas 78501

Has knowledge of the facts made the basis of this lawsuit.

    Juan Guerra
    District Attorney
    Ramomondville, Texas

Has knowledge of the facts made the basis of this lawsuit.

    Sheriff Larry Spence
    576 W. Main Street
    Raymondville, Texas 78580

Has personal knowledge of the facts made the basis of this lawsuit.

    Deputy Erick Lopez
    576 W. Main Street
    Raymondville, Texas 78580

Has personal knowledge of the facts made the basis of this lawsuit. He is the deputy which accompanied Ms. Reynolds to obtain her personal items from the Plaintiff's home.

    Deputy Daniel De Luna
    576 W. Main Street
    Raymondville, Texas 78580

Deputy dispatched to the Plaintiff's home in regards to an alleged burglary.

    Carl Watson
    Rt. 3, Box 147
    Raymondville, Texas 78580

Reported the alleged burglary to Deputy Daniel De Luna.

    Siara Watson
    Rt. 3, Box 147
    Raymondville, Texas 78580

Plaintiff's daughter.

Invetigator who investigated the alleged burglary, and the incident involving Ms. Reynolds.

(B)  Documents (subject to supplementation):

1.  Report of Investigation
2.  Affidavit of Deputy Erick Lopez

(C)  Computation of Damages.

Not Applicable.

(D)  Insurance Agreement.

Not Applicable.

---

**PLAINTIFF'S INITIAL DISCLOSURE TO DEFENDANT UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)**
**PAGE - 5**