18

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

JUN 18 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo    ☐ Koerner |
| DATE | June / 18 / 2001 |
| TIME | ___ a.m. — ___ a.m. <br> 2:15 p.m. — 2:30 p.m. |
| CIVIL ACTION | B / 01 / 23 |
| STYLE | Kelly Wayne Watson <br> *versus* <br> County of Willacy |

**DOCKET ENTRY**

(HGT)   ■ Initial Pre-trial Conference        (Rptr.  Breck Record  )

<u>Alfred Denham</u>        for        <u>Plaintiff</u>

<u>Thomas Thomson</u>      for        <u>Defendants</u>

■ <u>Miscellaneous review set</u>: Plaintiff will clarify his pleadings to indicate that he is no longer suing Larry Spence, and that the County of Willacy is only being sued (the Sheriff's department being an arm of the County) by Monday, June 25, 2001.

■ <u>Comments</u>:  Sheryl Kay Reynolds invited sheriffs onto Plaintiff's premises allegedly as a preventative measure in case of a threat of a domestic violence incident. A sheriff arrived and knew that she did not live on the premises. Nevertheless, the sheriff allowed her to access the premises and remove items, such as trophies, coin collections, inherited items, kids' clothing, and other things that did not belong to her, totalling $40K. In addition, the Plaintiff claims that his rights were violated because he was not present when she allegedly removed these items.