| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

KELLY WAYNE WATSON § 
§ 
§   CIVIL ACTION NO. B-01-023
VS. § 
§   (JURY REQUESTED)
§ 
COUNTY OF WILLACY, WILLACY § 
COUNTY SHERIFF'S DEPARTMENT § 
and LARRY SPENCE, Individually § 

United States District Court
Southern District of Texas
ENTERED
JUL 1 8 2001
Michael N. Milby,
By Deputy Clerk

**SCHEDULING ORDER**

1. Trial: Estimated time to try _3_ days.   ☐ Bench   ☒ Jury

2. New parties must be joined by:   July 15, 2001

   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff's experts will be named with a report furnished by:   August 17, 2001

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   October 18, 2001
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*
   ************************ The court will provide these dates. ********************

6. Dispositive Motions will by filed by:   11/7/01
7. Joint pretrial order is due:   1/24/02
8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   2/7/02
9. Jury Selection is set for 9:00 a.m. on:   2/11/02

The case will remain on standby until tried.

Signed on _July 17_, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

By: /s/ Ryan Henry
Ryan Henry
State Bar No. 24007347
Fed Id. No 22968

By: William McCarthy
William J. McCarthy

By: _____
Thomas Thomson

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

KELLY WAYNE WATSON §
§
§ CIVIL ACTION NO. B-01-023
VS. §
§ (JURY REQUESTED)
COUNTY OF WILLACY, WILLACY §
COUNTY SHERIFF'S DEPARTMENT §
and LARRY SPENCE, Individually §

## SCHEDULING ORDER

1. Trial: Estimated time to try 3 days.   ▫ Bench   ▫ Jury

2. New parties must be joined by:   July 15, 2001

   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff's experts will be named with a report furnished by:   August 17, 2001

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   October 18, 2001
   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.
   ************************ The court will provide these dates.************************

6. Dispositive Motions will by filed by: _____
7. Joint pretrial order is due: _____
8. Docket Call and final pretrial conference is set for 1:30 p.m. on: _____
9. Jury Selection is set for 9:00 a.m. on: _____

The case will remain on standby until tried.

Signed on _____, 2001, at Brownsville, Texas.

Hidala G. Tagle
United States District Judge

By: _____    By: /s/ William J. McCarthy
Ryan Henry                   William J. McCarthy
State Bar No. 24007347
Fed Id. No 22968         By: _____
                              Thomas Thomson

Mr. Thomas M. Thomson
Law Offices of Thomas M. Thomson
200 East Cano
Edinburg, Texas 78539
Telephone: (956) 680-6706
Facsimile: (956) 380-6593

By: _____
Thomas M. Thomson
State Bar No. 19963280
Fed Id. No. 14409

7