2/

United States District Court
Southern District of Texas
FILED

JAN 2 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KELLY WAYNE WATSON | § § | |
| VS. | § § | CIVIL ACTION NO. <u>B-01-023</u> |
| COUNTY OF WILLACY and LARRY SPENCE, Individually | § § § | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR FILING A JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, KELLY WAYNE WATSON, Plaintiff in the above entitled and numbered cause and files this his Motion for an Extension of Time to File the Joint Pretrial Order and as grounds therefore would show unto the Court the following:

I.

The Court originally ordered that a Pretrial Order in this matter be filed on Thursday, January 24, 2002.

II.

Counsel for Plaintiff, the Honorable William J. McCarthy, for the past three (3) weeks has been battling a serious lung infection which culminated in its effects the weeks of January 7, 2002 and January 14, 2002. Plaintiff's counsel will respectfully request that the Court allow an extension of time for filing the Pretrial

Order and requests that such Order be filed by February 4, 2002. This Motion is unopposed.

Respectfully submitted,

**EATON & McCARTHY**
2208 Primrose, Building C
McAllen, Texas 78504
(956) 631-9400
(956) 687-9867 - fax

_____
WILLIAM J. McCARTHY
Federal I.D. No. 2444
ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF TELEPHONIC CONFERENCE

I, William J. McCarthy, counsel for Plaintiff, Kelly Wayne Watson, do hereby certify that I contacted the attorney for the Defendants, Ryan Henry at (956) 541-1846 on January 24, 2002 and counsel for the Defendants indicated that he was unopposed to the request for extension of time.

_____
WILLIAM J. McCARTHY

## **CERTIFICATE OF SERVICE**

I, William J. McCarthy, Attorney for Plaintiff, do hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to Ryan Henry, 3505 Boca Chica Boulevard, Brownsville, Texas, 78521, attorney of record for the Defendants, via facsimile number (956) 541-1893, on the 24th day of January, 2002.

_____
WILLIAM J. McCARTHY