2.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**JAN 3 0 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **KELLY WAYNE WATSON** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-01-023** |
| | § | |
| **COUNTY OF WILLACY** | § | |
| **and LARRY SPENCE, Individually** | § | |

**ORDER**

On the _29th_ day of _Jan._, 2002, the Court considered the

Plaintiff's Motion for an Extension of Time for Filing a Joint Pretrial Order and

after reviewing the evidence of counsel finds that the Motion should be

**GRANTED/DENIED.**

SIGNED and ENTERED on the _29th_ day of _Jan_, 2002.

_____
JUDGE PRESIDING

cc:    William J. McCarthy, 2208 Primrose, Building C, McAllen, Texas, 78504

cc:    Ryan Henry, 3505 Boca Chica Boulevard, Brownsville, Texas, 78521